**Fill in this information to identify the case:**

Debtor 1: Warren Scott Helms

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of South Carolina

Case number: 2:16-bk-06558-jw

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust, N.A. as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 7 9 1 4

**Date of payment change:**
Must be at least 21 days after date of this notice: 04/01/2020

**New total payment:** $ 1,201.40
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 509.62    New escrow payment: $ 314.60

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor 1 **Warren Scott Helms**
First Name    Middle Name    Last Name

Case number (*if known*) 2:16-bk-06558-jw

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Michelle R. Ghidotti-Gonsalves, Esq.
Signature

Date 03/10/2020

Print: Michelle R. Ghidotti-Gonsalves
First Name    Middle Name    Last Name

Title Agent for Secured Creditor

Company Ghidotti Berger, LLP

Address 1920 Old Tustin Avenue
Number    Street

Santa Ana    CA    92705
City    State    ZIP Code

Contact phone 949-427-2010

Email bknotifications@ghidottigberger.com

Official Form 410S1    **Notice of Mortgage Payment Change**    page **2**

**BSI Financial Services**

314 S. Franklin Street, 2nd Floor
P.O. Box 517
Titusville, PA 16354
1-800-327-7861
https://myloanweb.com/BSI

**Annual Escrow Account Disclosure Statement**

004

ACCOUNT NUMBER: ▮▮▮▮▮▮▮▮

DATE: 02/20/20

WARREN SCOTT HELMS
130 GADSDEN ST
SUMMERVILLE, SC 29483

PROPERTY ADDRESS
130 GADSDEN ST
SUMMERVILLE, SC 29483

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED. THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED ESCROW ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING 04/01/2020 THROUGH 03/31/2021.

### -------- ANTICIPATED PAYMENTS FROM ESCROW 04/01/2020 TO 03/31/2021 ---------

| | |
|---|---:|
| HOMEOWNERS INS | $1,834.00 |
| COUNTY TAX | $1,760.90 |
| TOTAL PAYMENTS FROM ESCROW | $3,594.90 |
| MONTHLY PAYMENT TO ESCROW | $299.57 |

### ------ ANTICIPATED ESCROW ACTIVITY 04/01/2020 TO 03/31/2021 ---------

| | ANTICIPATED PAYMENTS | | | ESCROW BALANCE COMPARISON | |
|---|---|---|---|---|---|
| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | ANTICIPATED | REQUIRED |
| | | | STARTING BALANCE --> | $1,017.87 | $1,198.34 |
| APR | $299.57 | | | $1,317.44 | $1,497.91 |
| MAY | $299.57 | | | $1,617.01 | $1,797.48 |
| JUN | $299.57 | | | $1,916.58 | $2,097.05 |
| JUL | $299.57 | | | $2,216.15 | $2,396.62 |
| AUG | $299.57 | $1,834.00 | HOMEOWNERS INS | $681.72 | $862.19 |
| SEP | $299.57 | | | $981.29 | $1,161.76 |
| OCT | $299.57 | | | $1,280.86 | $1,461.33 |
| NOV | $299.57 | | | $1,580.43 | $1,760.90 |
| DEC | $299.57 | | | $1,880.00 | $2,060.47 |
| JAN | $299.57 | $1,760.90 | COUNTY TAX | L1-> $418.67 | L2-> $599.14 |
| FEB | $299.57 | | | $718.24 | $898.71 |
| MAR | $299.57 | | | $1,017.81 | $1,198.28 |

### --------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE --------

IF THE ANTICIPATED LOW POINT BALANCE (L1) IS LESS THAN THE REQUIRED BALANCE (L2), THEN YOU HAVE AN ESCROW SHORTAGE. **YOUR ESCROW SHORTAGE IS $180.47.**

### CALCULATION OF YOUR NEW PAYMENT

| | |
|---|---:|
| PRIN & INTEREST | $886.80 |
| ESCROW PAYMENT | $299.57 |
| SHORTAGE PYMT | $15.03 |
| **NEW PAYMENT EFFECTIVE 04/01/2020** | **$1,201.40** |

YOUR ESCROW CUSHION FOR THIS CYCLE IS $599.14.

********** Continued on reverse side ************

---



**BSI Financial Services**

Loan Number: ▮▮▮▮▮▮▮▮
Statement Date:    02/20/20
Escrow Shortage:    $180.47

Important: Please return this coupon with your check.

BSI FINANCIAL SERVICES
314 S. Franklin Street, 2nd Floor
P.O. Box 517
Titusville, PA 16354

### Escrow Payment Options

I understand that my taxes and/or insurance has increased and that my escrow account is short $180.47. I have enclosed a check for:

☐ **Option 1:** $180.47, the total shortage amount. I understand that if this is received by 04/01/2020 my monthly mortgage payment will be $1,186.37 starting 04/01/2020.

☐ **Option 2:** $_____ , part of the shortage. I understand that the rest of the shortage will be divided evenly and added to my mortgage payment each month.

☐ **Option 3:** You do not need to do anything if you want to have all of your shortage divided evenly among the next 12 months.

Please make you check payable to: **BSI FINANCIAL SERVICES** and please include your loan number on your check.

---

**Licensed as Servis One, Inc. dba BSI Financial Service**s. BSI Financial Services NMLS# 38078. Colorado Office Location: 7200 S. Alton Way, Ste. B180, Centennial, CO 80112 (303) 309-3839. Licensed as a Debt Collection Agency by the New York City Department of Consumer Affairs, (# 2001485-DCA). North Carolina Collection Agency Permit (# 105608).

| ACCOUNT HISTORY |
|---|

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING 06/01/2019 AND ENDING 05/31/2020. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS BEGING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT. THIS STATEMENT IS INFORMATION ONLY AND REQUIRES NO ACTION ON YOUR PART.

YOUR PAYMENT BREAKDOWN AS OF 06/01/2019 IS:

| | |
|---|---|
| PRIN & INTEREST | $886.80 |
| ESCROW PAYMENT | $312.89 |
| SHORTAGE PYMT | $196.73 |
| BORROWER PAYMENT | $1,396.42 |

| | PAYMENTS TO ESCROW | | PAYMENTS FROM ESCROW | | | ESCROW BALANCE | |
|---|---|---|---|---|---|---|---|
| MONTH | PRIOR PROJECTED | ACTUAL | PRIOR PROJECTED | ACTUAL | DESCRIPTION | PRIOR PROJECTED | ACTUAL |
| | | | | | STARTING BALANCE | $1,877.35 | $7,501.32- |
| JUN | $312.89 | $0.00 * | | | | $2,190.24 | $7,501.32- |
| JUL | $312.89 | $0.00 * | | | | $2,503.13 | $7,501.32- |
| AUG | $312.89 | $3,054.52 * | $1,748.00 | | HOMEOWNERS INS | $1,068.02  A-> | $8,114.80- |
| AUG | | | | $1,834.00 * | HOMEOWNERS INS | | |
| AUG | | | | $1,834.00 | HOMEOWNERS INS | | |
| SEP | $312.89 | $305.13 * | | | | $1,380.91 | $7,809.67- |
| OCT | $312.89 | $610.26 * | | | | $1,693.80 | $7,199.41- |
| NOV | $312.89 | $2,746.17 * | | | | $2,006.69 | $4,453.24- |
| DEC | $312.89 | $305.13 * | | $1,760.90 * | COUNTY TAX | $2,319.58 | $5,909.01- |
| JAN | $312.89 | $610.26 * | $2,006.69 | | COUNTY TAX  T-> | $625.78 | $5,298.75- |
| FEB | $312.89 | $610.26 * | | | | $938.67 | $4,688.49- |
| MAR | $312.89 | $0.00 | | | | $1,251.56 | $4,688.49- |
| APR | $312.89 | $0.00 | | | | $1,564.45 | $4,688.49- |
| MAY | $312.89 | $0.00 | | | | $1,877.34 | $4,688.49- |
| | $3,754.68 | $8,241.73 | $3,754.69 | $5,428.90 | | | |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT, THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS $625.78. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS $8,114.80-.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

## Determining your Shortage or Surplus
**Shortage**:
Any shortage in your escrow account is usually caused by one the following items:
- An increase, if any, in what was paid for insurance and/or taxes from your escrow account.
- A projected increase in taxes for the upcoming year.
- The number of months elapsed from the time of these disbursements to the new payment effective date.

Shortages are divided evenly of the next twelve months. To reduce the increase in your monthly payment, the shortage can be paid either partially or in full.

**Surplus**:
A surplus in your escrow account is usually caused by one the following items:
- The insurance/taxes paid during the past year were lower than projected.
- A refund was received from the taxing authority or insurance carrier.
- Additional funds were applied to your escrow account.

If your surplus is $50.00 or greater and your loan was contractually current at the time when the analysis was run or calculated, a check will be sent to you. If your surplus is less than $50.00, the funds will be retained in your escrow account.

If you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired

*Case No.: 2:16-bk-06558-jw*

# CERTIFICATE OF SERVICE

On March 10, 2020, I served the foregoing document described as *Notice of Mortgage Payment Change* on the following individuals by electronic means through the Court's ECF program:

## COUNSEL(S) FOR DEBTOR(S)

Christopher M. Edwards    Chris@mossattorneys.com, les@mossattorneys.com, kaylav@mossattorneys.com, jennie@mossattorneys.com, r46627@notify.bestcase.com,

## TRUSTEE

US Trustee    USTPRegion04.CO.ECF@usdoj.gov

James M. Wyman    13info@charleston13.com, wyman@charleston13.com, lamontagne@charleston13.com, renno@charleston13.com, d_nobles@bellsouth.net, milligan@charleston13.com, nobles@charleston13.com, jameswymanlaw@gmail.com, charleston13info@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker

On March 10, 2020, I served the foregoing documents described as *Notice of Mortgage Payment Change* on the following individuals by depositing true copies thereof in the United States mail at North Miami Beach, FL, enclosed in a sealed envelope, with postage paid, addressed as follows:

*Debtor*
**Warren Scott Helms**
130 Gadsden Street
Summerville, SC 29483

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker